IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ECHAVARRIA, et al., | No. C 18-05982 WHA |
| Plaintiffs, | No. C 18-06022 WHA |
| v. | No. C 18-06172 WHA |
| FACEBOOK, INC., | No. C 18-06246 WHA |
| Defendant. | No. C 18-06263 WHA |
| / | and |
| AND RELATED CASES / | No. C 18-06583 WHA |

**NOTICE RE TUTORIAL**

The Court invites counsel to conduct a public tutorial on the information generally related to this case, including the subject of data privacy and the technology used to both protect and attack it. Specifically, how encryption technology works, how the industry protects databases of personal information, and how hackers are generally able to circumvent these protections and perform such widespread damage. Information as to the role of internet black markets — including the existence of the "dark web" as the marketplace for personal information — would also be welcomed. Each side will have sixty minutes.

This tutorial will not be held under seal. Experts may be used to present but counsel will also be welcome to conduct the tutorial. The tutorial will begin on **JANUARY 9, 2019** at **8:00 A.M.** after which we will hold the initial case management conference. As such, the initial

case management conference currently set for January 10, 2019 at 11:00 A.M. is hereby **ADVANCED** to **JANUARY 9, 2019** at **10:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 8, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE