IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER SCHMIDT, an individual and California resident, WILLIAM BASS JR., an individual and California resident, JILL HERR, an individual and New York resident, STEPHEN ADKINS, an individual and Michigan resident, and DENISE BROWN-WELLS, an individual and Florida resident,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | No. C 18-05982 WHA<br>   *Consolidated Cases*:<br>No. C 18-06022 WHA<br>No. C 18-06172 WHA<br>No. C 18-06246 WHA<br>No. C 18-06263 WHA<br>No. C 18-06511 WHA<br>No. C 18-06583 WHA<br>No. C 18-06657 WHA<br>No. C 18-06887 WHA<br>No. C 18-06953 WHA<br>No. C 19-00117 WHA<br><br>**ORDER RE VOLUNTARY DISMISSALS** |

In light of numerous named plaintiffs' voluntary dismissals without prejudice in this consolidated action (Dkt. Nos. 87–94), the higher numbered cases involving those named plaintiffs are hereby dismissed. The clerk shall close the files. Counsel should use the caption utilized in this order for future filings. Once a case has been closed, that case number may be omitted from the caption.

**IT IS SO ORDERED.**

Dated: March 11, 2019.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE